UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05CR169 RWS |
| | ) | |
| MAURICE HOBSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on defendant Maurice Hobson's motion to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge Mary Ann L. Medler. An evidentiary hearing was held on October 6, 2005, and thereafter Judge Medler filed her Report and Recommendation regarding the defendant's motion.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Medler set forth in support of her recommended rulings issued on October 14, 2005.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the

United States Magistrate Judge [#20] is **SUSTAINED, ADOPTED, and**

**INCORPORATED** herein.

    **IT IS FURTHER ORDERED** that defendant's motion to suppress evidence

and statements [#16 is denied.

                                                          _____

                                                      RODNEY W. SIPPEL
                                                      UNITED STATES DISTRICT JUDGE

Dated this 31st day of October, 2005.